UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RONALD GAINES, as Personal
Representative for the Estate of
RONALD POWERS, Deceased,

    Plaintiff,

v.

COUNTY OF WAYNE, et al.,

    Defendants.

Case No. 2:20-cv-11186
Hon. Mark A. Goldsmith
Mag. David R. Grand

| FIEGER, FIEGER, KENNEY & HARRINGTON P.C. | CHAPMAN LAW GROUP |
|---|---|
| David A. Dworetsky (P67026) | Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) |
| Attorney for Plaintiff | Jonathan C. Lanesky (P59740) |
| 19390 W. Ten Mile Rd. | Attorney for Wellpath, LLC and Latanya Meadows, R.N. |
| Southfield, MI 48075 | 1441 W. Long Lake Rd., Suite 310 |
| (248) 355-5555 | Troy, MI 48098 |
| d.dworetsky@fiegerlaw.com | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| WAYNE COUNTY CORP. COUNSEL | jlanesky@chapmanlawgroup.com |
| Allegra M. Mason (P77534) | |
| 500 Griswold, 30th Floor | |
| Detroit, MI 48226 | |
| (313) 520-4471 | |
| amason1@waynecounty.com | |

**DEFENDANTS WELLPATH, LLC AND LATANYA MEADOWS, R.N.'S REQUEST FOR ATTORNEY'S FEES AND EXPERT FEES**

**EXHIBIT C**    Chapman Law Group Billing Statements August 1, 2021-January 1, 2022

# Chapman Law Group

1441 West Long Lake Road, Suite 310, Troy, MI  48098
Telephone: (248) 644-6326
www.ChapmanLawGroup.com

8/1/2021

**Invoice submitted to:**

    Ronald Gaines v. County of Wayne et al

**File No:** 02.06.55.22.CLG.20306

In Reference To:  Ronald Gaines v. County of Wayne et al

Invoice #31673

    Professional Services

    Hrs/Rate    Amount



|  | Hrs/Rate | Amount |
|---|---|---|

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 7/22/2021 JL | Review/Analyze<br>Received and reviewed Plaintiff's Rule 26 Expert Disclosures, including Betty Penderson-Chase, RN's disclosure the does not add any new allegations than were contained in the Affidavit of Merit. | 0.80<br>215.00/hr | 172.00 |

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7/29/2021

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| 7/30/2021 JL | Communicate (Other External)<br>Communicated with Nursing Expert Kimberly Pearson, RN. regarding expert disclosures which are currently due on August 23. informed her that we are currently waiting on the deposition transcripts of the defendants that were just taken last week. Sent her the following; Deposition of Plaintiff, dated January 5, 2021; Deposition of Decedent's Daughter, Roynetta Powers, dated April 14, 2021; Expert Report of Plaintiff's Nursing Expert, Betty Pederson-Chase, R.N. | 0.40<br>215.00/hr | 86.00 |

Ronald Gaines v. County of Wayne et al						Page	3



Please make checks payable to Chapman Law Group
To pay by credit card, please visit https://secure.lawpay.com/pages/chapmanlawgroup/operating
There is a 3% processing fee on credit card payments.

ALL INVOICES ARE PAYABLE UPON RECEIPT
IF BALANCE REMAINS UNPAID FOR 15 DAYS OR MORE, CHAPMAN LAW GROUP MAY WITHDRAW FROM REPRESENTATION.

# Chapman Law Group

1441 West Long Lake Road, Suite 310, Troy, MI  48098
Telephone: (248) 644-6326
www.ChapmanLawGroup.com

9/1/2021

**Invoice submitted to:**

  Ronald Gaines v. County of Wayne et al

File No:02.06.55.22.CLG.20306

In Reference To:   Ronald Gaines v. County of Wayne et al

Invoice #32241

Professional Services

|   |    |   | Hrs/Rate | Amount |
|---|----|---|----------|--------|
| | JL | Communicate (Other External) Communicated with Nursing Expert Polmstead regarding expert disclosures which are currently due on August 23. Informed her that we are currently waiting on the deposition transcripts of the defendants that were just taken and will sent current transcripts and Expert Report of | 0.40 215.00/hr | 86.00 |
| | JL | Plan and prepare for Planed and prepared for meeting with Nursing Expert Kin Pearson to discuss and assist her with the Rule 26 disclosure, which are due August 23, 2021.  Focused on Plaintiff's allegations, their Expert disclosure and the Affidavit of Merit. | 0.60 215.00/hr | 129.00 |
| | JL | Communicate (Other External) Phone meeting with Kim Person, RN, our nursing expert in this matter, discussing her Rule 26 disclosure. | 0.40 215.00/hr | 86.00 |

Ronald Gaines v. County of Wayne et al  Page 2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/10/2021 JL | Communicate (Other External) Phone meeting with Pam Olmstead, RN nursing expert in this matter to discuss her Expert disclosure and the recent depositions in this matter. | | 0.50 215.00/hr | 107.50 |
| JL | Draft/Revise Drafted correspondence to Plaintiff's counsel requesting deposition dates of their expert, Betty Pederson-Chase, R.N. before the end of expert discovery. | | 0.20 215.00/hr | 43.00 |
| 8/16/2021 JL | Review/Analyze Received and reviewed our expert, Nurse Pamela Omstead, Rn's expert disclosure. Made notes for our phone call to discuss. | | 0.80 215.00/hr | 172.00 |
| JL | Review/Analyze Received and reviewed the expert disclosure of Kimberly Pearson, RN, our nursing expert in this case. Made notes for meeting to review and prepare to be sent out to all counsel. | | 1.20 215.00/hr | 258.00 |
| 8/17/2021 JL | Expert Interviews/Reports/Prep Phone call with Nurse Olmstead regarding her proposed disclosure. | | 0.40 215.00/hr | 86.00 |
| 8/18/2021 JL | Draft/Revise Drafted Defendants Wellpath, LLC, Latanya Meadows, R.N's expert disclosures pursuant to fed. R. Civ. P. 26(a)(2)(a) and prepared to file with court and all counsel. | | 1.60 215.00/hr | 344.00 |
| JL | Review/Analyze Received and reviewed the revised exert disclosure by Pamela Olmstead, RN. | | 0.40 215.00/hr | 86.00 |
| 8/20/2021 JL | Communicate (Outside Counsel) Phone call with Plaintiff's counsel discussing the outstanding discovery needed and how long we would need for an extension to the scheduling order. | | 0.20 215.00/hr | 43.00 |

Ronald Gaines v. County of Wayne et al            Page    3

[content redacted]

Please make checks payable to Chapman Law Group
To pay by credit card, please visit https://secure.lawpay.com/pages/chapmanlawgroup/operating
There is a 3% processing fee on credit card payments.

ALL INVOICES ARE PAYABLE UPON RECEIPT
IF BALANCE REMAINS UNPAID FOR 15 DAYS OR MORE, CHAPMAN LAW GROUP MAY WITHDRAW FROM REPRESENTATION.

# Chapman Law Group

1441 West Long Lake Road, Suite 310, Troy, MI  48098
Telephone: (248) 644-6326
www.ChapmanLawGroup.com

10/1/2021

**Invoice submitted to:**

    Ronald Gaines v. County of Wayne et al

File No:02.06.55.22.CLG.20306

In Reference To:  Ronald Gaines v. County of Wayne et al

Invoice #32790

    Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  | JL | Communicate (Outside Counsel)<br>Communicated with Plaintiff's counsel regarding the upcoming deposition of Nursing expert Chase and Plaintiff desire to cancel the deposition now that the judge granted the 60 days extension. | 0.30<br>215.00/hr | 64.50 |
|  | JL | Deposition (Prepare/Attend)<br>In preparation of taking Plaintiff's nursing expert Chase's deposition, reviewed expert disclosure, CV and the NOI along with our Motion for Summary Judgment and started drafting questions relevant to Nurse Meadows dismissal. | 1.50<br>215.00/hr | 322.50 |
| 9/17/2021 | JL | Communicate (Outside Counsel)<br>Phone call with Plaintiff's counsel asking for deposition dates and dismissal of all claims except medical malpractice based on his experts disclosure. | 0.30<br>215.00/hr | 64.50 |
| 9/22/2021 | JL | Communicate (Outside Counsel)<br>Phone call with Plaintiff's counsel about scheduling their expert deposition.  Was informed by counsel that they will be filing a emergency motion to get permission to change expert witness as their nursing expert is now unavailable. | 0.30<br>215.00/hr | 64.50 |

Ronald Gaines v. County of Wayne et al            Page    2

[content redacted]

Please make checks payable to Chapman Law Group
To pay by credit card, please visit https://secure.lawpay.com/pages/chapmanlawgroup/operating
There is a 3% processing fee on credit card payments.

ALL INVOICES ARE PAYABLE UPON RECEIPT
IF BALANCE REMAINS UNPAID FOR 15 DAYS OR MORE, CHAPMAN LAW GROUP MAY WITHDRAW FROM REPRESENTATION.

# Chapman Law Group

1441 West Long Lake Road, Suite 310, Troy, MI  48098
Telephone: (248) 644-6326
www.ChapmanLawGroup.com

11/1/2021

**Invoice submitted to:**

    Ronald Gaines v. County of Wayne et al

File No:02.06.55.22.CLG.20306

In Reference To:  Ronald Gaines v. County of Wayne et al

Invoice #33392

    Professional Services

| Date | Atty | Service | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 10/5/2021 | JL | Review/Analyze | Reviewed file now that 60 extension is coming to an end and requested Plaintiff's nursing expert deposition so we can file our Motion for Summary Judgment in a timely fashion. | 0.30 215.00/hr | 64.50 |
| 10/7/2021 | JL | Communicate (Outside Counsel) | Phone call with Plaintiff expert regarding changing experts and his new expert disclosure he just received.  Informed him that I would not concur with his request and will seek costs associated with this last minute request. | 0.40 215.00/hr | 86.00 |
|  | JL | Review/Analyze | Received and reviewed Plaintiff proposed new nursing expert, Ralf Sakle, RN expert disclosure and CV.  Made notes of differences in the allegations. | 1.40 215.00/hr | 301.00 |
| 10/8/2021 | JL | Research | In preparation of filing a response to Motion to add expert witness, researched case law for failure to disclose Expert Witness pursuant to 26(a)(2)(c), what is good cause for new expert and how the 6th circuit has ruled on this issue. | 1.20 215.00/hr | 258.00 |
|  | JL | Draft/Revise | Started Drafting response to Plaintiff's motion to add new expert witness and adjourn the scheduling order.  Focused on the time line of events leading up to the motion. | 0.80 215.00/hr | 172.00 |
| 10/20/2021 | JL | Review/Analyze | Received and reviewed Plaintiff's motion to substitute  nursing experts with 3 weeks left in expert discovery.  Made notes for our response. | 0.80 215.00/hr | 172.00 |
| 10/22/2021 | JL | Research | Researched and reviewed cases cited in Plaintiff's motion for leave to substitute expert witness. | 0.80 215.00/hr | 172.00 |
|  | JL | Draft/Revise | (work in progress) Started drafting or response to Plaintiff's Motion for Leave to Substitute Expert Witness. | 3.70 215.00/hr | 795.50 |

Ronald Gaines v. County of Wayne et al                                                                                     Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/26/2021 | JL | Draft/Revise (work in progress) continues working on our response to Plaintiff's Motion for Leave to Change Experts. | 1.50 215.00/hr | 322.50 |
| 10/27/2021 | JL | Draft/Revise (work in progress) Finalized our response to Plaintiff Motion for Leave to Substitute Expert Witness and the brief in support of the response. | 2.50 215.00/hr | 537.50 |

Please make checks payable to Chapman Law Group
To pay by credit card, please visit https://secure.lawpay.com/pages/chapmanlawgroup/operating
There is a 3% processing fee on credit card payments.

ALL INVOICES ARE PAYABLE UPON RECEIPT
IF BALANCE REMAINS UNPAID FOR 15 DAYS OR MORE, CHAPMAN LAW GROUP MAY WITHDRAW FROM REPRESENTATION.

# Chapman Law Group

1441 West Long Lake Road, Suite 310, Troy, MI  48098
Telephone: (248) 644-6326
www.ChapmanLawGroup.com

12/1/2021

**Invoice submitted to:**

    Ronald Gaines v. County of Wayne et al

File No:02.06.55.22.CLG.20306

In Reference To:  Ronald Gaines v. County of Wayne et al

Invoice #33917

    Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/2/2021 JL | Draft/Revise | Revised our response to Plaintiff's motion for leave to substitute their expert witness after finding case law on point.  Pulled exhibits. | 1.80<br>215.00/hr | 387.00 |
| 11/12/2021 JL | Review/Analyze | After reviewing CV of proposed expert witness, did some background investigation into what he actually did for Corizon and if he would qualify for as an expert witness.  I was able to verify that he only held VP Operations positions while at Corizon with no clinic work.  Thus he would be excluded under Michigan Law for expert witnesses in a malpractice and a dauber motion will be necessary if the Judge also for the substitution. | 0.40<br>215.00/hr | 86.00 |
| 11/17/2021 JL | Plan and prepare for | In preparation for oral arguments regarding Plaintiff motion to substitute their expert witness in nursing/corrections dissected the two disclosures and noted all the different allegations towards Nurse Meadows and Wellpath. | 2.20<br>215.00/hr | 473.00 |

Ronald Gaines v. County of Wayne et al      Page    2

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/19/2021 | JL | Plan and prepare for<br>In preparation of oral arguments on Plaintiff's motion to substitute expert witness, reviewed what constitutes good for not disclosing expert witness pursuant to Rule 26 and our responsive pleadings. | 0.80<br>215.00/hr | 172.00 |
| | JL | Appear for/attend-<br>Appeared for and argued against Plaintiff's Motion to Substitute their Expert Witness after their Witness indicated that she could no longer support her criticisms. Judge has ordered us to brief the differences in the two disclosures before ruling on the motion and request for costs. | 0.90<br>215.00/hr | 193.50 |
| | RWC | Review/Analyze<br>discussion with JL regarding court potential decision to allow Plaintiff to pull and expert and substitute after discovery. | 0.40<br>215.00/hr | 86.00 |

Please make checks payable to Chapman Law Group
To pay by credit card, please visit https://secure.lawpay.com/pages/chapmanlawgroup/operating
There is a 3% processing fee on credit card payments.

ALL INVOICES ARE PAYABLE UPON RECEIPT
IF BALANCE REMAINS UNPAID FOR 15 DAYS OR MORE, CHAPMAN LAW GROUP MAY WITHDRAW FROM REPRESENTATION.

# Chapman Law Group

1441 West Long Lake Road, Suite 310, Troy, MI  48098
Telephone: (248) 644-6326
www.ChapmanLawGroup.com

1/1/2022

**Invoice submitted to:**

    Ronald Gaines v. County of Wayne et al

File No:02.06.55.22.CLG.20306

In Reference To:  Ronald Gaines v. County of Wayne et al

Invoice #34437

    Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 12/1/2021 JL | Draft/Revise<br>Drafted supplemental brief at the request of the Court regarding he differences between Plaintiff's expert Chase's disclosure and their proposed new expert, Ralf Salke, Rn.  Went through each document, pulling all facts and allegations used by the experts to form their opions and presented the  different facts and opinions  used by proposed expert to reshape the allegations in this case. | 4.20<br>215.00/hr | 903.00 |
| 12/10/2021 JL | Review/Analyze<br>Received and reviewed Plaintiff's supplemental briefing in this matter along with the exhibits. | 0.80<br>215.00/hr | 172.00 |
| 12/20/2021 JL | Review/Analyze<br>Received and reviewed opinion and order in this case regarding Plaintiff's motion to change experts.  The Court granted Plaintiff's motion for leave to substitute expert witness. However, Plaintiff is required to pay the Wellpath Defendants' costs associated with the substitution. | 0.40<br>215.00/hr | 86.00 |

Ronald Gaines v. County of Wayne et al                                                                                                          Page      2

Please make checks payable to Chapman Law Group
To pay by credit card, please visit https://secure.lawpay.com/pages/chapmanlawgroup/operating
There is a 3% processing fee on credit card payments.

ALL INVOICES ARE PAYABLE UPON RECEIPT
IF BALANCE REMAINS UNPAID FOR 15 DAYS OR MORE, CHAPMAN LAW GROUP MAY WITHDRAW FROM REPRESENTATION.