UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RONALD GAINES, as Personal
Representative for the Estate of
RONALD POWERS, Deceased,

    Plaintiff,

v.

COUNTY OF WAYNE, et al.,

    Defendants.

Case No. 2:20-cv-11186
Hon. Mark A. Goldsmith
Mag. David R. Grand

---

| | |
|---|---|
| FIEGER, FIEGER, KENNEY & HARRINGTON P.C.<br>David A. Dworetsky (P67026)<br>Attorney for Plaintiff<br>19390 W. Ten Mile Rd.<br>Southfield, MI 48075<br>(248) 355-5555<br>d.dworetsky@fiegerlaw.com | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)<br>Jonathan C. Lanesky (P59740)<br>Attorney for Wellpath, LLC and Latanya Meadows, R.N.<br>1441 W. Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>jlanesky@chapmanlawgroup.com |
| WAYNE COUNTY CORP. COUNSEL<br>Allegra M. Mason (P77534)<br>500 Griswold, 30th Floor<br>Detroit, MI 48226<br>(313) 520-4471<br>amason1@waynecounty.com | |

**DEFENDANTS WELLPATH, LLC AND LATANYA MEADOWS, R.N.'S REQUEST FOR ATTORNEY'S FEES AND EXPERT FEES**

    **EXHIBIT D**       **Invoices from Defendants' Experts**

# East Valley Legal Nurse Consulting

893 East Payton St.
Queen Creek, AZ 85140
Phone: (313) 969-3685
E-Mail: polmstead@evlnc.com
Web: www.evlnc.com

# Invoice

Bill To:
Chapman Law Group

Date of Invoice:
8/19/2021

Invoice No.: 1005

Re: Powers v. Wayne Co. et. al
Case No.: 20-cv-11186

| Date | Hours | Description | Hourly Rate | Fee |
|---|---|---|---|---|
| 12/6/2020 | 0.8 | Medical records review | 150.00 | $120.00 |
| 12/10/2020 | 0.6 | Medical records review | 150.00 | $90.00 |
| 12/11/2020 | 0.7 | Medical records review | 150.00 | $105.00 |
| 12/27/2020 | 1.1 | Medical records chronology | 150.00 | $165.00 |
| 8/6/2021 | 0.9 | Medical records and deposition review | 150.00 | $135.00 |
| 8/7/2021 | 1.1 | Medical records and deposition review | 150.00 | $165.00 |
| 8/8/2021 | 1.3 | Deposition testimony and expert report review | 150.00 | $195.00 |
| 8/9/2021 | 1.1 | Deposition testimony review | 150.00 | $165.00 |
| 8/10/2021 | 0.2 | Phone conference with Mr. Lanesky | 150.00 | $30.00 |
| 8/11/2021 | 0.9 | Deposition testimony and records review | 150.00 | $135.00 |
| 8/12/2021 | 0.5 | Deposition testimony review | 150.00 | $75.00 |
| 8/14/2021 | 2.1 | Expert report | 150.00 | $315.00 |
| 8/15/2021 | 2.0 | Expert report | 150.00 | $300.00 |
| 8/17/2021 | 0.2 | Phone conference with Mr. Lanesky | 150.00 | $30.00 |
| | Total Hrs: 13.5 | Tax ID 84-4849281 | | |

| | |
|---|---|
| Subtotal: | $2025.00 |
| Less Retainer paid | <$500.00> |
| Balance Due: | $1525.00 |

Thank you, we appreciate your business
Please remit payment within 21 days of receipt of this invoice to the address listed above
There will be a 1.5% interest charge per month for late invoices

Pamela Olmstead RN, MSN, FNP-BC    East Valley Legal Nurse Consulting, LLC    (313) 969-3685

# East Valley Legal Nurse Consulting

893 East Payton St.
Queen Creek, AZ  85140
Phone: (313) 969-3685
E-Mail: polmstead@evlnc.com
Web: www.evlnc.com

# Invoice

Bill To:
Chapman Law Group

Date of Invoice:
1/2/2022

Invoice No.:1007

Re: Powers v. Wayne Co. et. al
Case No.: 20-cv-11186

| Date | Hours | Description | Hourly Rate | Fee |
|---|---|---|---|---|
| 12/27/2021 | 0.9 | Updated plaintiff expert report review | 150.00 | $135.00 |
| | Total Hrs: 0.9 | Tax ID 84-4849281 | | $135.00 |

| | |
|---|---|
| Subtotal: | $135.00 |
| Less Retainer paid | N/A |
| Balance Due: | $135.00 |

Thank you, we appreciate your business
Please remit payment within 21 days of receipt of this invoice to the address listed above
There will be a 1.5% interest charge per month for late invoices

Pamela Olmstead RN, MSN, FNP-BC     East Valley Legal Nurse Consulting, LLC     (313) 969-3685

**KP Consulting, LLC**
Kimberly M. Pearson, MHA, MBA, RN, CCHP
1615 Ashland Bluff Way
Reno, NV 89523
United States
951-205-3077

**KP Consulting, LLC**

**Jonathan C. Lanesky**
1441 West Long Lake Rd.
Suite 310
Troy, MI 48098

| | |
|---|---|
| **Balance** | $1,230.00 |
| **Invoice #** | 00297 |
| **Invoice Date** | September 30, 2020 |
| **Payment Terms** | Net 15 |
| **Due Date** | October 15, 2020 |

## Powers v. Wayne County

For services rendered between
August 01, 2020 and September 30, 2020

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 08/23/2020 | KMP | Review and analysis of records | First Amended Complaint (56 pages); Pederson-Chase Affidavit of Meritorious Claim (8 pages); Notice of Intent to File Claim (13 pages); Wellpath records (100 pages) and overall analysis of records. | $300.00 | 2.50 | $750.00 |
| 08/28/2020 | KMP | Development of Affidavit | Review and revise proposed Affidavit of Meritorious Defense on behalf of defendants Latanya Meadows, RN and Wellpath LLC. | $300.00 | 0.90 | $270.00 |
| 09/02/2020 | KMP | Teleconference with attorney re: opinion | | $300.00 | 0.70 | $210.00 |
| | | | | Totals: | 4.10 | $1,230.00 |

| | |
|---|---|
| **Terms & Conditions:** | |
| Please make checks payable to: | |
| KP Consulting LLC | |
| Tax ID: 82-4558817 | |
| Thank you! | |

| | |
|---|---|
| Time Entry Sub-Total: | $1,230.00 |
| **Sub-Total:** | $1,230.00 |
| **Total:** | $1,230.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$1,230.00** |

**KP Consulting, LLC**
Kimberly M. Pearson, MHA, MBA, RN, CCHP
22 Gallinas Drive
Spring Creek, NV 89815
United States
951-205-3077

**KP Consulting, LLC**

PLEASE NOTE NEW ADDRESS - Different since origination of being retained

**Jonathan C. Lanesky**
1441 West Long Lake Rd.
Suite 310
Troy, MI 48098

| | |
|---|---|
| **Balance** | $3,180.00 |
| **Invoice #** | 00368 |
| **Invoice Date** | August 25, 2021 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | August 25, 2021 |

## Powers v. Wayne County

For services rendered between
August 01, 2021 and August 25, 2021

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 08/03/2021 | KMP | Review documents | Overall review of case in preparation to review additional records and develop Rule 26 report. No activity in this case since September 2020. | $300.00 | 0.30 | $90.00 |
| 08/03/2021 | KMP | Review of deposition | Ronald Gaines (56 pages); Roynetta Powers (65 pages). | $300.00 | 0.60 | $180.00 |
| 08/03/2021 | KMP | Review and analysis of records | Plaintiff's Expert Report - Betty Pederson-Chase (5 pages). | $300.00 | 0.40 | $120.00 |
| 08/05/2021 | KMP | Teleconference with attorney | Case updates regarding upcoming expert disclosure and case details. | $300.00 | 0.40 | $120.00 |
| 08/13/2021 | KMP | Review documents | Plaintiff's Document Production from Wellpath (54 pages); Wayne County Sheriff Subpoena Response (290 pages). | $300.00 | 1.20 | $360.00 |
| 08/14/2021 | KMP | Review deposition transcripts | Jeremy Lucas (70 pages); Steven Hunter (101 pages); Latanya Meadows (91 pages). | $300.00 | 2.40 | $720.00 |
| 08/14/2021 | KMP | Development of Federal Report | | $300.00 | 5.30 | $1,590.00 |
| | | | | Totals: | 10.60 | $3,180.00 |

**Terms & Conditions:**

Please make checks payable to:
KP Consulting LLC
Tax ID: 82-4558817
Thank you!

| | |
|---|---|
| Time Entry Sub-Total: | $3,180.00 |
| Sub-Total: | $3,180.00 |
| Total: | $3,180.00 |
| Amount Paid: | $0.00 |
| Balance Due: | $3,180.00 |

No longer able to receive mail forwarded from old address. Thank you!.

**KP Consulting, LLC**
Kimberly M. Pearson, MHA, MBA, RN, CCHP
22 Gallinas Drive
Spring Creek, NV 89815
United States
951-205-3077

KP Consulting, LLC

**Jonathan C. Lanesky**
1441 West Long Lake Rd.
Suite 310
Troy, MI 48098

| | |
|---|---|
| **Balance** | $510.00 |
| **Invoice #** | 00409 |
| **Invoice Date** | January 2, 2022 |
| **Payment Terms** | Net 30 |
| **Due Date** | February 01, 2022 |

## Powers v. Wayne County

### Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 12/27/2021 | KMP | Review documents | Review of newly acquired plaintiff nursing expert report. Comparison of allegations with medical records and defense expert report previously submitted on this matter. | $300.00 | 1.70 | $510.00 |
| | | | | Totals: | **1.70** | **$510.00** |

**Terms & Conditions:**

Please make checks payable to:
KP Consulting LLC
Tax ID: 82-4558817
Thank you!

| | |
|---|---|
| Time Entry Sub-Total: | $510.00 |
| **Sub-Total:** | $510.00 |
| **Total:** | $510.00 |
| **Amount Paid:** | $0.00 |
| **Balance Due:** | **$510.00** |