UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD GAINES,

       Plaintiff,

v.

COUNTY OF WAYNE, et al.,

       Defendants.
_____/

Civil Action No.
20-cv-11186

HON. MARK A. GOLDSMITH

## ORDER STRIKING THE WELLPATH DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Dkt. 78)

On February 28, 2022, the Wellpath Defendants filed a motion for summary judgment (Dkt. 78). The brief in support of the motion does not comply with the requirements set out in this Court's case management and scheduling order (Dkt. 29). In particular, section II.C.2 of that order states in part that a brief in support of a Rule 56 motion must begin with a "Statement of Material Facts." The Statement of Material Facts "must consist of numbered paragraphs describing the facts as to which the moving party contends there is no genuine issue and that entitle the moving party to judgment as a matter of law. Each paragraph must include specific references and citations to record evidence."

Accordingly, the Court strikes the motion for summary judgment (Dkt. 78). The Wellpath Defendants shall have until March 3, 2022 to file a corrected motion for summary judgment.

SO ORDERED.

Dated:  March 1, 2022
      Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge