UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD GAINES,

      Plaintiff,                                    Case No. 20-11186

vs.                                            HON. MARK A. GOLDSMITH

COUNTY OF WAYNE, et al.,

      Defendants.
_____/

## ORDER STRIKING REPLY (Dkt. 97) AND DIRECTING SUBMISSION OF A CORRECTED COPY

On April 14, 2022, the Wayne County Defendants filed a reply in support of their motion for summary judgment (Dkt. 97). The brief in support of the reply did not comply with the requirements set out in this Court's scheduling order. In particular, section II.C.4 of that order states in part that if the non-moving party raises additional material facts not addressed in the moving party's Statement, the moving party must begin its reply brief with a "Reply to Counter-statement of Material Facts," stating which of the non-moving party's additional facts are contested. The paragraph numbering must correspond to the non-moving party's Statement of Additional Material Facts. If any of the non-moving party's proffered additional facts are contested, the moving party must explain, referencing and citing record evidence, the basis for the factual disagreement.

Accordingly, the Court strikes the reply (Dkt. 97). A corrected brief may be filed no later than two business days from the date of this order or by the dispositive motion cut-off date, whichever is later.

      SO ORDERED.

Dated: April 18, 2022                            s/Mark A. Goldsmith
     Detroit, Michigan                    MARK A. GOLDSMITH
                                              UNITED STATES DISTRICT JUDGE